IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| STATON, et al. v. AMERICAN STANDARD, INC., at al. | : : : : : : : | Case No. 09-93760 |

FILED
APR 2 3 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>O R D E R</u>

**AND NOW**, this **19th** day of **April, 2012**, it is hereby **ORDERED** that the Report and Recommendation of Magistrate Judge Hey in this case, entered on March 28, 2012, is **ADOPTED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections have been filed.