IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| STATON, et al. : | |
| v. : | Case No. 09-93760 |
| AMERICAN STANDARD, INC., at al. : | |

FILED
APR 2 3 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>O R D E R</u>

**AND NOW**, this **19th** day of **April, 2012**, it is hereby **ORDERED** that the Report and Recommendation of Magistrate Judge Hey in this case, entered on March 28, 2012, is **ADOPTED**.[1]

**AND IT IS SO ORDERED.**

_____

EDUARDO C. ROBRENO, J.

---

[1]   No objections have been filed.